# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158513-7(116)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CATHERINE ETHINGTON
LIVING TRUST.
_____

MICHAEL ETHINGTON, Trustee of the
CATHERINE ETHINGTON LIVING TRUST,
      Appellee,

v

ANN ETHINGTON,
      Appellant,

and

DAN ETHINGTON, JIM ETHINGTON, and
MARY SCOVIAC,
      Other Parties.
_____/

SC: 158513; 158515; 158516
COA: 335904; 336370; 337643
Genesee PC: 14-200566-TV

*In re* Estate of CATHERINE ETHINGTON.
_____

MICHAEL ETHINGTON, Personal Representative
of the Estate of CATHERINE ETHINGTON,
      Appellee,

v

ANN ETHINGTON,
      Appellant,

and

DAN ETHINGTON, JIM ETHINGTON, and
MARY SCOVIAC,

SC: 158514; 158517
COA: 335905; 337644
Genesee PC: 15-201989-DE

Other Parties.

_____/

On order of the Court, the motion for reconsideration of this Court's March 5, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



Clerk

bl0722